UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRANCE McDONALD and EDNA McDONALD, husband and wife,<br><br>                    Plaintiff,<br><br>     v.<br><br>SPOKANE COUNTY, WASHINGTON, DEPUTY M. BROWNELL, and DEPUTY P. BLOOMER,<br><br>                    Defendants. | No. CV-09-0195-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL AND CLOSING FILE** |

On December 2, 2010, the parties advised the Court that the above-entitled action is fully settled. (ECF No. 12.) Accordingly, consistent with the parties' stipulation, **IT IS HEREBY ORDERED**:

   1.   The Stipulated Motion for Dismissal **(ECF No. 12)** is **GRANTED**.

   2.   Plaintiff's Complaint (ECF No. 1) is **DISMISSED with prejudice**.

   3.   This file shall be **CLOSED**, subject to reopening upon good cause shown.

   4.   All pending motions are **DENIED as MOOT**, and the hearing dates are **STRICKEN**.

///

///

//

1    **IT IS SO ORDERED.** The District Court Executive is hereby directed
2    to enter this Order and furnish copies to counsel.
3        **DATED** this ___3rd___ day of December 2010.
4
5                        s/ Edward F. Shea
                         EDWARD F. SHEA
6                   UNITED STATES DISTRICT JUDGE

7    Q:\Civil\2009\0195.close.file.frm

ORDER CLOSING FILE - 2